United States District Court
For The District Of Columbia

**FILED**

1 of 4

George D Hubbard

501 Faraon

St Joseph Mo. 64501

Plaintiff

VS.

JAN 31 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER   1:07CV00212

JUDGE: Unassigned

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 01/31/2007

JURY ACTION

State Of Missouri        Buchanan County Courthouse

Defendant    411 Jules Room 321

St Joseph Mo. 64501

Yvonne Kay Wippel    604 E Kansas

Last Known Address    St Joseph Mo 64504

Rick Fetty    140 Park Lane Apt. 13

St Joseph Mo 64506-2652

816-901-0509

WRIT OF ~~HABEAS~~ CORPUS

Complaint

RECEIVED

JAN 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Misrepresentation of the State Public
Defenders Office. Edmond Shine

I was incarcerated at the Buchanan
County Jail awaiting a Jury Trial for
over 7 months. 05-04-04    12-14-04
On the day of jury selection.
Edmond Shine tricked me into signing
an Al-ford Plea Aggreement not
knowing that I was signing away
my right to a jury trial. That I

had waited over 7 months for. I was sentenced to a 2 Two Year sentence in the Missouri Department of Corrections.

In January of 2005 I wrote a letter to the Honorable Judge Daniel F. Kellogg and presented it to him on the day of sentencing. He read the letter and instructed me to file a Form 40 Motion To Vacate, Set Aside OR Correct The Judgement Or Sentence. I filed said Motion on 3/10/2005 Document ID: 05-SM CC-409, for Scroggin Dwight Keith. 3/11/2005 Copy of Motion and Docket Sheet in Criminal Case 04CR73457-01 Hand Delivered to Cheryl Hill Court Reporter Division 4.

5/24/2005 Notification of case assignment to Andrew Allen Schroeder. I spoke with Mr. Schroeder on 2 Two occassions, first on the telephone and once at Prison WRDCC Western Reception Diagnostic Correctional Center 3401 Faraon St Joseph Mo. 64506. I was not contacted by Mr. Andrew Schroeder again. I was however trying to contact him through the Appellate Division

Public Defenders Office   3402 Buttonwood Drive Columbia Mo 65201. I got No Responce from them at all.

I contacted the Chief Disiplinary Counsel, in Jefferson City Mo. about the matter 7/28/2006. I recieved word through their office. That Dori DeCook Paralegal spoke with Mr. Andrew Schroeder, via telephone, and by word of mouth Andrew Schroeder _Confirmed_ that he had Voluntarily Dismissed the Form 40 Motion that I had filed. Andrew Allen Schroeder did this without my Request or Signature. Then he quit the Public Defenders Administration and opened his own practice.

Now I have been instructed that due to the Honorable Judge Daniel F. Kellogg, in the matter Dismissing case number 05BU-CV01085 with Prejudice. That I have to file with The Federal Court to be granted a jury trial in this matter. So, I now ask that this Honorable District Court Judge Please Grant to me the Jury Trial

4 of 4    that I George D Hubbard    so
humbly    request.

Respectfully    Submitted

George D Hubbard
George D Hubbard
George D Hubbard