AO 240 (Rev. 10/03)

**FILED**
JAN 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

District of COLUMBIA

George D Hubbard

Plaintiff

v.

State of Missouri
~~Public Defenders Administration~~

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07 0212

I, George D Hubbard, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  Buchanan County Jail St Joseph Mo
   Are you employed at the institution?  No   Do you receive any payment from the institution?  No
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  State of Missouri. Booneville Correctional Center Booneville Mo, Department of Corrections. $20.00 a month

In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☐ Yes    ☒ No

RECEIVED
JAN - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes    ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes    ☑ No

   If "Yes," describe the property and state its value.

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

I declare under penalty of perjury that the above information is true and correct.

_11-27-06_  _George D. Hubbard_
Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach a certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ _____ <br> United States Judge    Date | _____ _____ <br> United States Judge    Date |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _George D Hubbard_ v. _State of Missouri_

Civil Action No. _06-1997_

I, _George D Hubbard_ # _0600001927_, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_George D Hubbard_
Signature of Plaintiff

n:\forms\Trust Account Form

07 0212

**FILED**

JAN 31 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# OFFICE OF THE
# CHIEF DISCIPLINARY COUNSEL

3335 AMERICAN AVENUE
JEFFERSON CITY, MO 65109-1079
(573) 635-7400   FAX (573) 635-2240

*SUPREME COURT OF MISSOURI*

August 28, 2006

George David Hubbard
Buchanan County Jail
501 Faron St.
St. Joseph, MO 64501

Re:   Attorney Andrew A. Schroeder

Dear Mr. Hubbard:

Our office received a copy of your letter of complaint dated July 28, 2006 concerning Andrew A. Schroeder. This letter of complaint was directed to our Informal Resolution program. It appears that you filed a Motion to Vacate, Set Aside or Correct the Judgment or Sentence in 2005. You were represented in that matter my Mr. Schroeder.

A review of the docket sheet in Buchanan County Case Number 05BU-CV1085 indicates that there was a voluntary dismissal filed on December 20, 2005 and the matter was dismissed with prejudice on January 3, 2006. I contacted Mr. Schroeder earlier today and discussed this matter. Mr. Schroeder confirmed that the matter was voluntarily dismissed. He informed me that he met with you at the prison, discussed the matter and the determination was made to voluntarily dismiss the matter. He assured me that you were aware of the dismissal.

The involvement of this office with regard to your complaint has been concluded. We will be taking no further action. I am glad that this office was able to assist you in resolving this complaint.

Sincerely,

*Dori DeCook*

Dori DeCook
Paralegal

cc:  Andrew A. Schroeder

```
                    BUCHANAN   COUNTYT SHERIFFS
             ==========================================

                         Resident Account Summary
                         Friday, June 30, 2006  @12:19

 ==========================================================================
For BKGID: 01-955    HUBBARD, GEORGE DAVID
 --------------------------------------------------------------------------
    Date     Transaction Description             Amount   Balance    Owed    Held    Reference
 --------------------------------------------------------------------------
06/30/2006 ITEMSCOLLEC LEGAL PAD/WRITING TABLET   -1.95     2.00     0.00    0.00
06/30/2006 ITEMSCHARGE LEGAL PAD/WRITING TABLET    1.95     3.95     1.95    0.00
06/30/2006 ERF         OID:100015419-ComisaryRef   7.80     3.95     0.00    0.00
06/20/2006 EPR         OID:100015419-ComisaryPur -18.75    -3.85     0.00    0.00
06/20/2006 EPR         OID:100015408-ComisaryPur  -5.10    14.90     0.00    0.00
06/19/2006 DEPCA       REC DEP                   20.00    20.00     0.00    0.00
06/06/2006 EPR         OID:100015274-ComisaryPur  -6.55     0.00     0.00    0.00
05/23/2006 EPR         OID:100015082-ComisaryPur -10.95     6.55     0.00    0.00
05/23/2006 ITEMSCOLLEC Payment for ITEMSCHARGE o  -2.50    17.50     0.00    0.00
05/23/2006 DEPCA       REC DEP                   20.00    20.00     2.50    0.00
05/16/2006 ITEMSCHARGE SM KIT                     2.50     0.00     2.50    0.00
05/16/2006 DEPCA       INITIAL DEPOSIT - REINSTA  0.00     0.00     0.00    0.00
02/02/2005 CHECK       RELEASE OR CLOSEOUT TRANS -17.81     0.00     0.00    0.00
01/31/2005 ONE SITE RE VOID-REF COMM ORDER       -14.00    17.81     0.00    0.00
01/31/2005 ONE SITE RE REF COMM ORDER            14.57    31.81     0.00    0.00
01/31/2005 ONE SITE RE REF COMM ORDER            14.00    17.24     0.00    0.00
01/24/2005 EPR         OID:100008922-ComisaryPur -14.57     3.24     0.00    0.00
01/21/2005 DEPCA       REC DEP                   10.00    17.81     0.00    0.00
01/12/2005 ITEMSCOLLEC 1 FF                      -2.40     7.81     0.00    0.00
01/12/2005 ITEMSCHARGE 1 FF                       2.40    10.21     2.40    0.00
01/06/2005 DEPCA       REC DEP                   10.00    10.21     0.00    0.00
01/03/2005 EPR         OID:100008790-ComisaryPur  -2.53     0.21     0.00    0.00
12/27/2004 ONE SITE RE OVERCHARGE ON COMM 12/21/  2.40     2.74     0.00    0.00
12/21/2004 ITEMSCOLLEC 2FF                       -7.20     0.34     0.00    0.00
12/21/2004 ITEMSCHARGE 2FF                        7.20     7.54     7.20    0.00
11/29/2004 EPR         OID:100008561-ComisaryPur  -4.80     7.54     0.00    0.00
11/24/2004 DEPCA       REC DEP                   10.00    12.34     0.00    0.00
11/15/2004 EPR         OID:100008377-ComisaryPur  -5.35     2.34     0.00    0.00
11/08/2004 ITEMSCOLLEC 1 FF                      -2.40     7.69     0.00    0.00
11/08/2004 ITEMSCHARGE 1 FF                       2.40    10.09     2.40    0.00
11/03/2004 DEPCA       REC DEP                   10.00    10.09     0.00    0.00
10/25/2004 EPR         OID:100008231-ComisaryPur  -0.91     0.09     0.00    0.00
10/18/2004 EPR         OID:100008060-ComisaryPur  -9.00     1.00     0.00    0.00
10/18/2004 DEPCA       REC DEP                   10.00    10.00     0.00    0.00
10/11/2004 EPR         OID:100007912-ComisaryPur  -3.25     0.00     0.00    0.00
10/04/2004 EPR         OID:100007816-ComisaryPur  -8.88     3.25     0.00    0.00
10/04/2004 DEPCA       REC DEP                   10.00    12.13     0.00    0.00
09/27/2004 EPR         OID:100007699-ComisaryPur  -7.90     2.13     0.00    0.00
09/27/2004 DEPCA       REC DEP                   10.00    10.03     0.00    0.00
08/30/2004 EPR         OID:100007452-ComisaryPur -10.02     0.03     0.00    0.00
08/30/2004 DEPCA       REC DEP                   10.00    10.05     0.00    0.00
08/16/2004 EPR         OID:100007262-ComisaryPur  -1.68     0.05     0.00    0.00
08/09/2004 EPR         OID:100007179-ComisaryPur  -8.62     1.73     0.00    0.00
08/04/2004 DEPCA       REC DEP                   10.00    10.35     0.00    0.00
08/02/2004 EPR         OID:100007137-ComisaryPur  -1.74     0.35     0.00    0.00
07/19/2004 EPR         OID:100006898-ComisaryPur  -8.50     2.09     0.00    0.00
07/14/2004 DEPCA       REC DEP                   10.00    10.59     0.00    0.00
06/28/2004 EPR         OID:100006714-ComisaryPur  -9.95     0.59     0.00    0.00
06/24/2004 DEPCA       REC DEP                   10.00    10.54     0.00    0.00
06/14/2004 EPR         OID:100006550-ComisaryPur  -9.46     0.54     0.00    0.00
06/09/2004 DEPCA       REC DEP                   10.00    10.00     0.00    0.00
06/01/2004 ITEMSCOLLEC 2 FF                      -4.40     0.00     0.00    0.00
06/01/2004 ITEMSCHARGE 2 FF                       4.40     4.40     4.40    0.00
05/24/2004 EPR         OID:100006331-ComisaryPur  -8.28     4.40     0.00    0.00
05/24/2004 DEPCA       REC DEP                   10.00    12.68     0.00    0.00
05/18/2004 ITEMSCOLLEC 3 FF\I.S.                 -7.35     2.68     0.00    0.00
05/18/2004 ITEMSCHARGE 3 FF\I.S.                  7.35    10.03     7.35    0.00
05/18/2004 DEPCA       REC DEP                   10.00    10.03     0.00    0.00
05/17/2004 EPR         OID:100006226-ComisaryPur  -1.04     0.03     0.00    0.00
05/14/2004 ITEMSCOLLEC 3 FF\4 STAMPS\4 ENV        -8.28     1.07     0.00    0.00
05/14/2004 ITEMSCHARGE 3 FF\4 STAMPS\4 ENV        8.28     9.35     8.28    0.00
05/11/2004 ITEMSCOLLEC Payment for ITEMSCHARGE o  -0.65     9.35     0.00    0.00
05/11/2004 DEPCA       REC DEP                   10.00    10.00     0.65    0.00
 --------------------------------------------------------------------------
                                    Page 1
```